UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| MICHAEL PRATT | * | CIVIL ACTION NO. 15-0129 SEC. P. |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| WARDEN KEITH DEVILLE, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that the same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 27] filed by Defendants Pamela Hearn and Elijah Bouthe is **GRANTED**. Plaintiff's medical malpractice claim against these Defendants is **DISMISSED WITHOUT PREJUDICE,** and his claims under 28 U.S.C. § 1983 against these Defendants are **DISMISSED WITH PREJUDICE**.

**MONROE, LOUISIANA**, this 3rd day of February, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE