UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| MICHAEL PRATT | * | CIVIL ACTION NO. 15-0129 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| WARDEN KEITH DEVILLE, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that the same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' motion for summary judgment [Doc. No. 50] is **GRANTED**, and Plaintiff's claims against Defendants Derek Batiste, Warden Keith Deville, and Damon Williams are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Lasalle Management Corp., which arose from the same set of facts and are derivative of the claims against the other Defendants are also **DISMISSED WITH PREJUDICE.**

**MONROE, LOUISIANA**, this 19th day of April, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE